

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SARA BRIDEWELL, RANDY MANUEL, LISA RHODES,
      Plaintiffs
  vs-
KEVIN EBERLE, STAR NO. 20817
BRIAN FORBERG, STAR NO. 21249,  Defendants.

08cv4947
JUDGE LEINENWEBER
MAG. JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SARA BRIDEWELL, RANDY MANUEL, LISA RHODES

FILED
J.N  AUG 29, 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)** JOHN W. WYATT | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) /s/ | |
| **FIRM** JOHN W. WYATT | |
| **STREET ADDRESS** 835 E. 49thSt., Suite 1 | |
| **CITY/STATE/ZIP** Chicago, IL  60615 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 0619719 (IL) | **TELEPHONE NUMBER** (773) 536-0570 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐