## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4947  Assigned/Issued By: J. N.

Judge Name: LEINENWEBER  Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 4624008024

Date Payment Rec'd: 8-29-08  Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____            _____
      (Type of Writ)                     _____
                                         (Type of issuance)

2 Original and 2 copies on 8-29-08 as to KEVIN EBERLE; BRIAN FORBERG
                          (Date)